UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGAN ALLEC,<br>           Plaintiff,<br>    v.<br>UPSIDE SERVICES, INC.,<br>           Defendant. | Case No. 23-cv-05982-SK<br><br>**JUDGMENT** |

Pursuant to the Court's Order granting Defendant Upside Services, Inc.'s motion to dismiss, judgment is hereby entered in favor of Defendant and against Plaintiff Logan Allec.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 26, 2024

_____
SALLIE KIM
United States Magistrate Judge